IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00638-M-RJ

MARIA BELEN ALBAN LOPEZ &
ESTEBAN ANDRE JARAMILLO AMAN,

       Plaintiffs,

                                   ORDER

v.

JOSEPH B. EDLOW,
*Director, U.S. Citizenship and Immigration Services*

       Defendant.

This matter comes before the court on United States Magistrate Judge Robert B. Jones, Jr.'s, Memorandum and Recommendation ("M&R"). DE 18. Having determined that "Plaintiffs have failed to state a plausible claim that a [ten]-month delay in making a U-Visa waiting list determination is unreasonable," Judge Jones recommends granting Defendant's Motion to Dismiss, DE 13, and dismissing Plaintiff's Complaint. DE 18.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection

---

[1] Judge Jones issued the M&R on June 8, 2026. Accordingly, objections were due on or before June 22, 2026. DE 18; *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); Local Civ. R. 72.4(b). The M&R was submitted to this court for disposition on July 14, 2026, as of which date neither party had submitted objections.

is made." *Id.* § 636(b)(1).  Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation.  *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own.  For the reasons stated therein, Defendant's Motion, DE 13, is GRANTED, and Plaintiff's Complaint, DE 1, is DISMISSED.  The Clerk of Court is directed to close this case.

SO ORDERED this ___16th___ day of July, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE